UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BRIAN A. WEIL, <br> MELISSA D. FULK, <br><br> Plaintiffs, <br><br> v. <br><br> METAL TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 2:15-cv-00016-JMS-MPB <br> ) <br> ) <br> ) <br> ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

Consistent with an Entry issued this date, and its Findings of Fact and Conclusions of Law entered March 30, 2018 [395] the Court hereby enters judgment in favor of Plaintiffs and against Defendant as follows:

- **$101,254.62** to the Plaintiff Class, from which shall be paid a **$2,500** incentive award to lead Plaintiff Melissa Fulk;

- **$194.61** to Mr. Weil; and

- **$128.97** to Ms. Fulk; and

- **$116,098.61** as a reasonable attorney's fee.

The Court declines to award costs to either party.

Date: 6/13/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:
Robert F. Hunt
HUNT HASSLER LORENZ & KONDRAS LLP
hunt@huntlawfirm.net

Robert Peter Kondras, Jr.
HUNT HASSLER KONDRAS & MILLER LLP
kondras@huntlawfirm.net

Jacob H. Miller
HUNT HASSLER LORENZ KONDRAS LLP
jmiller@huntlawfirm.net

Michael W. Padgett
JACKSON LEWIS PC (Indianapolis)
padgettm@jacksonlewis.com

Melissa K. Taft
JACKSON LEWIS PC (Indianapolis)
melissa.taft@jacksonlewis.com