## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| BRIAN A. WEIL and MELISSA D. FULK, individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiff | ) **CLASS ACTION COMPLAINT** ) ) |
| vs. | ) CASE NO. 2:15-cv-00016-JMS-MPB ) |
| METAL TECHNOLOGIES, INC., | ) ) |
| Defendant | ) |

### *PLAINTIFFS' NOTICE OF APPEAL*

Come now the Plaintiffs, Brian A. Weil and Melissa D. Fulk, individually and on behalf of the Plaintiff Class, by counsel, and respectfully notify the Court and opposing counsel of their intention to appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on June 13, 2018.

Respectfully submitted,

HUNT, HASSLER, KONDRAS & MILLER LLP

s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.
Attorney No. 18038-84
100 Cherry Street,
Terre Haute, IN 47807
Phone: (812) 232-9691
Fax: (812) 234-2881
kondras@huntlawfirm.net

## *CERTIFICATE OF SERVICE*

      I certify that on July 3, 2018, a copy of the foregoing pleading was served upon the following counsel via the Court's electronic filing system:

Michael W. Padgett
Melissa K. Taft
JACKSON LEWIS P.C.
211 N. Pennsylvania Street, Suite 1700
Indianapolis, IN 46204

                                  HUNT, HASSLER, KONDRAS & MILLER LLP

                                  s/Robert P. Kondras, Jr.
                                  Robert P. Kondras, Jr.
                                  Attorney No. 18038-84
                                  100 Cherry Street,
                                  Terre Haute, IN 47807
                                  Phone:  (812) 232-9691
                                  Fax: (812) 234-2881
                                  kondras@huntlawfirm.net